UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANTHONY L. REED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05CV409 JCH (DDN) |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter arises on the Report and Recommendation of United States Magistrate Judge David D. Noce, filed February 6, 2006. See 28 U.S.C. § 636. In his report, Magistrate Judge Noce recommends that the Court reverse the decision of the Commissioner, and remand this case, pursuant to Sentence Four of 42 U.S.C. § 405(g). Neither party has filed objections or otherwise responded to the Report and Recommendation.

After review of the entire record in this matter, the Court concurs in the Magistrate Judge's findings, and will adopt the Report and Recommendation. Accordingly, the Court will reverse and remand this matter to the Commissioner for further administrative proceedings. Specifically, the Administrative Law Judge is directed to (1) reconsider the opinion of Dr. Chaganti and provide specific reasons for not crediting his opinion, and (2) reconsider plaintiff's RFC in light of his mental limitations and the demands of his prior relevant work.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Doc. No. 15) is adopted and incorporated herein.

**IT IS FURTHER ORDERED** that, pursuant to Sentence Four of 42 U.S.C. § 405(g), this matter is reversed and remanded to the Commissioner for further proceedings consistent with the Magistrate Judge's Report and Recommendation and with this Order. A separate Order of Remand shall accompany this Order.

Dated this 22nd day of February, 2006.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE